DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DMITRY KRUGLOV,**
Appellant,

v.

**HOLLAND AMERICA LINE N.V. LLC,**
Appellee.

No. 4D22-2847

[August 10, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey Amanda Cawthon, Judge; L.T. Case No. COSO22-002867.

Dmitry Kruglov, Miami, pro se.

Steve Holman and Jeffrey B. Maltzman of Maltzman & Partners, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CONNER and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***